## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| Glen Roane, | ) | Case No. 3:15-cv-00464-VC |
| *Plaintiff,* | ) | |
| | ) | **APPLICATION FOR** |
| v. | ) | **ADMISSION OF ATTORNEY** |
| | ) | **PRO HAC VICE** |
| United Airlines, Inc., et al., | ) | (CIVIL LOCAL RULE 11-3) |
| *Defendants.* | ) | |

I, Brian R. Mildenberg, Esquire, an active member in good standing of the bar of Pennsylvania, hereby respectfully apply for admission to practice ***pro hac vice*** in the Northern District of California representing: Glen Roane in the above-entitled action. My local co-counsel in this case is Richard Idell, Esquire / The Idell Firm, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| | |
|---|---|
| MY ADDRESS OF RECORD:<br>Mildenberg Law Firm, PC<br>1735 Market Street, Suite 3750<br>Philadelphia, PA 19103 | LOCAL CO-COUNSEL'S ADDRESS OF RECORD:<br>Richard Idell / The Idell Firm<br>465 California Street, Suite 300<br>San Francisco, CA 94104 |
| MY TELEPHONE # OF RECORD:<br>215-545-4870 | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD:<br>415-986-2400 |
| MY EMAIL ADDRESS OF RECORD:<br>brian@mildenberglaw.com | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD:<br>richard.idell@idellfirm.com |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: PA-84861 .

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

***I declare under penalty of perjury that the foregoing is true and correct.***

Dated: 9/8/2015                                     */s/ Brian R. Mildenberg*
                                                                   APPLICANT

## ORDER GRANTING APPLICATION
## FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of Brian R. Mildenberg is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance ***pro hac vice***. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: September 10, 2015          _____
                                                            UNITED STATES DISTRICT JUDGE

*PRO HAC VICE* APPLICATION & ORDER



## Supreme Court of Pennsylvania

## CERTIFICATE OF GOOD STANDING

### Brian R. Mildenberg, Esq.

**DATE OF ADMISSION**

**December 23, 1999**

The above named attorney was duly admitted to the bar of the Commonwealth of Pennsylvania, and is now a qualified member in good standing.

**Witness my hand and official seal**
**Dated:  April 28, 2015**

Patricia A. Johnson
Chief Clerk